# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL SCOTT,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:11-1790 |
| v. | : | (JUDGE MANNION) |
| **GEICO GENERAL INSURANCE COMPANY,** | : | |
| | : | |
| Defendant | : | |
| | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT**, the defendant's motion for summary judgment, (Doc. No. 23), is **GRANTED IN PART AND DENIED IN PART**, as follows:

**(1)** The motion is **GRANTED** to the extent that:

    **(a)** The plaintiff may not recover punitive damages or attorney's fees and costs under Count I (Breach of Contract), and;

    **(b)** The plaintiff's claim for breach of fiduciary duty is denied as a matter of law;

**(2)** In all other respects, the motion is **DENIED**.

**(3)** The Final Pretrial Conference will be held on **Wednesday, October 2, 2013 at 2:30 P.M.** in courtroom #3 of the William J. Nealon Federal Building, 235 North Washington Avenue, Scranton, PA.

**(4)** The jury selection and trial will begin on **Monday, November 4,**

**2013 at 9:30 A.M.** at the same location noted above.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 19, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2011 MEMORANDA\11-1790-01-order.wpd