**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL SCOTT,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:11-1790 |
| v. | : | (JUDGE MANNION) |
| **GEICO GENERAL INSURANCE COMPANY,** | : | |
| | : | |
| Defendant | : | |
| | : | |

## ORDER

For the reasons discussed in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1) The plaintiff's motion *in limine* to preclude settlement discussions that occurred after the arbitration, (Doc. No. 67), is **GRANTED**;

2) The defendant's motion *in limine* to preclude the plaintiff's bad faith expert witness, (Doc. No. 39), is **GRANTED**;

3) The defendant's motion *in limine* to preclude the plaintiff from introducing testimony, (Doc. No. 41), is **GRANTED IN PART** as to the plaintiff's wife's testimony, but is **DENIED** in all other respects;

4) The defendant's motion *in limine* to preclude the arbitration award and post-arbitration memorandum, (Doc. No. 45), is **GRANTED IN PART** as to the arbitration award and the post-arbitration memorandum and **DENIED IN PART** as to the defendant's pain and suffering valuation of $219,000;

5) The defendant's motion *in limine* to preclude evidence of claim activity that occurred during and after the arbitration, (Doc. No. 67), is **GRANTED**.

                                              s/ *Malachy E. Mannion*
                                              **MALACHY E. MANNION**
                                              **United States District Judge**

**Dated: November 15, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2011 MEMORANDA\11-1790-02-ORDER.wpd